

**FILED**

Feb 06 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ dianaj  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TIMOTHY GERARD CHICO, <br> Defendant. | Case No. '20 CR0391 DMS <br><br> INFORMATION <br><br> 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct <br><br> Title 18, U.S.C. § 2253 – Criminal Forfeiture |

The United States Attorney charges:

On or about August 2, 2018, within the Southern District of California, defendant Timothy Gerard CHICO, did knowingly possess one and more matters, specifically an HP HP2000Z-2600 laptop with Toshiba 320 GB hard drive, and a Toshiba Satellite L505D-55983 laptop, which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor, and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in this Information, and pursuant to Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure, defendant Timothy Gerard CHICO shall forfeit to the United States any visual depictions and any matter which contains any such visual depiction, which were produced, transported, mailed, shipped or received in violation of law, any property real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses, and any property, real and personal, used or intended to be used to commit or to promote the commission of the offenses and any property traceable to such property.

2. If any of the above-described forfeited property, as a result of any act or omission of defendant Timothy Gerard CHICO, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

Dated: 2/6/20

ROBERT S. BREWER, JR.
United States Attorney

JANET A. CABRAL
Assistant United States Attorney

2