AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

FEB 0 6 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  20CR 0391 - DMS |
| | ) | 19 MJ 4134 |
| Chico, Timothy Gerard | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  February 5, 2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Judge's signature*