**KERRY L. ARMSTRONG, Esq.** (CA State Bar No. 196105)
THE LAW OFFICES OF KERRY L. ARMSTRONG, APLC
2214 Second Avenue
San Diego, California 92101
Phone: (619) 234-2300
Fax: (619) 491-0722
Email: notguilty01@outlook.com

Attorney for Defendant
**TIMOTHY GERARD CHICO**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE DANA M. SABRAW)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 20-CR-0391-DMS |
| Plaintiff, | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| v. | **1) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND** |
| **TIMOTHY GERARD CHICO,** | **2) GRANT LEAVE TO FILE FURTHER MOTIONS** |
| Defendant. | **NCD: Date: March 6, 2020**<br>       **Time: 11:00 a.m.** |

**TO: ROBERT S. BREWER, JR., UNITED STATES ATTORNEY, AND JANET A. CABRAL, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on March 6, 2020, at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, TIMOTHY GERARD CHICO, through his counsel, Kerry L. Armstrong, will bring the following motions.

### MOTIONS

The defendant, TIMOTHY GERARD CHICO, by and through his counsel, Kerry L. Armstrong, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal Procedures and the Fourth, Fifth, and Sixth Amendments to the United

States Constitution, hereby moves this court: 1) to Compel Discovery and Preserve Evidence; 2) Grant Leave to File Further Pretrial Motions and a further hearing date.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and points and authorities in support of these motions, and any and all matters that may come to the court's attention prior to or at the time of the hearing of these motions.

DATED: February 11, 2020          Respectfully submitted,

/s/ KERRY L. ARMSTRONG
**KERRY L. ARMSTRONG**
Attorney for Defendant
**TIMOTHY GERARD CHICO**