1  **KERRY L. ARMSTRONG** (SBN: 196105)
   Law Offices of Kerry L. Armstrong, APLC
2  2214 Second Avenue
   San Diego, California 92101
3  Phone: (619) 234-2300
   Fax: (619) 491-0722
4  Email: notguilty01@outlook.com

5  Attorney for Defendant
   **TIMOTHY GERARD CHICO**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE DANA M. SABRAW)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case NO. 20-CR-0391-DMS |
| Plaintiff, | |
| v. | **ACKNOWLEDGMENT OF CONTINUANCE OF HEARING DATE** |
| **TIMOTHY GERARD CHICO,** | |
| Defendant. | |

**TO: ROBERT S. BREWER, JR., UNITED STATES ATTORNEY, AND JANET A. CABRAL, ASSISTANT UNITED STATES ATTORNEY:**

The defendant in the above-referenced matter, TIMOTHY GERARD CHICO, hereby acknowledges the continuance of the presently scheduled Motion and Trial Setting Hearing date of March 6, 2020, at 11:00 a.m. to April 3, 2020, at 11:00 a.m.

DATED: March 4, 2020

*/s/ Timothy Gerard Chico*
**TIMOTHY GERARD CHICO**

1